NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN J. BRACCI,                          )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D17-2821
                                           )
KAMELA PATTON, Superintendent of           )
the Collier County School District, and    )
THE SCHOOL BOARD OF COLLIER                )
COUNTY,                                    )
                                           )
          Appellees.                       )
_____)

Opinion filed April 11, 2018.

Appeal from the Circuit Court for Collier
County; Michael T. McHugh, Judge.

Steven J. Bracci, pro se.

Christopher C. Donovan and James D. Fox
of Roetzel & Andress, LPA, Naples, for
Appellees.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and KHOUZAM and LUCAS, JJ., Concur.